# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv495

| | |
|---|---|
| **GARY E. SULLIVAN**        )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     vs.                     )<br>                             )<br>**MARTIN H. MALIN, Chairman,** )<br>**SBA 928, and NATIONAL RAILROAD** )<br>**PASSENGER CORPORATION**    )<br>                             )<br>     Defendants.             )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the motion of Susan B. Molony [Doc. 10], counsel for the Defendants, for the admission of Thomas E. Reinert, Jr. *pro hac vice* in this action.

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that the motion is **ALLOWED**, and Thomas E. Reinert, Jr. is hereby granted admission *pro hac vice* to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED**.

Signed: April 8, 2008

Martin Reidinger
United States District Judge