# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL CASE NO. 3:07cv495

| | |
|---|---|
| GARY E. SULLIVAN )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARTIN H. MALIN, Chairman, )<br>SBA 928, and NATIONAL RAILROAD )<br>PASSENGER CORPORATION )<br>)<br>Defendants. )<br>)<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the motion of Susan B. Molony [Doc. 11], counsel for the Defendants, for the admission of Jonathan C. Fritts *pro hac vice* in this action.

Upon careful review and consideration, **IT IS, THEREFORE, ORDERED** that the motion is **ALLOWED**, and Jonathan C. Fritts is hereby granted admission *pro hac vice* to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED**.

Signed: April 8, 2008

Martin Reidinger
United States District Judge