# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gary E. Sullivan,

       Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                                    3:07-CV-495

Martin H. Malin, et al.,

       Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/24/2008 Order.


                                               Signed: April 24, 2008

                                               _____
                                               Frank G. Johns, Clerk
                                               United States District Court